Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: The Huntington National Bank

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 2 9 8 2

Date of payment change: 4/1/2019
Must be at least 21 days after date of this notice

New total payment: $ 1254.18
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 432.36     New escrow payment: $ 501.21

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☐ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Debtor 1 _____   Case number (if known) _____
         First Name  Middle Name  Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X *[signature]* Mary Stosic     Date 2/27/2019

Print: Mary / Stosic     Title: Bankruptcy Specialist

Company: The Huntington National Bank

Address: 5555 Cleveland Ave GW1N10
Columbus   OH   43231

Contact phone: 888-632-5547    Email: bankruptcy@huntington.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In Re:

Stephen Crafton   Case No. 17-42765

Chapter 13

Hon. Mark A. Randon

Debtor

_____/

## CERTIFICATE OF SERVICE

The Huntington National Bank states that on February 27, 2019 it served a copy of the Notice of Mortgage Payment Change and this Certificate of Service by U.S. Mail or by electronic notification via the Court's CM/ECF system to the following:

STEPHEN CRAFTON, 7232 GLACIER POINTE DRIVE, YPSILANTI, MI 48197

THOMAS PALUCHNIAK. debtors attorney name, TPALUCHNIAK@BABUTLAW.COM

KRISPEN CARROLL, trustee name, NOTICE@DET13KSC.COM

U.S. Trustee

Date:   February 27, 2019

Bankruptcy Specialist

Huntington Mortgage
2361 Morse Rd   NC1N13
Columbus, OH 43229

February 22, 2019

KRISPEN S CARROLL
719 GRISWOLD
1100 DIME BUILDING
DETROIT, MI, 48226



RE: Loan Number
    Stephen James Crafton
    7232 Glacier Pointe Dr
    Ypsilanti MI 48197
    Bankruptcy Case: 17-42765

In accordance with RESPA requirements, this letter is being sent to advise you to change your records to reflect a payment change on the above referenced loan. The new monthly post-petition payment will be $ 1,254.18, effective with the April, 2019 payment.

The change is due to an increase or decrease in the escrow requirements.

If you should have any questions or need additional information, please call me at 1-888-632-5547.

Thank you for your cooperation.

Sincerely,


Bankruptcy Department
Huntington Mortgage
1-888-632-5547


Access your mortgage loan information
**www.huntington.com**

```
           STEPHEN JAMES CRAFTON
           7232 GLACIER POINTE DR
           YPSILANTI              MI 48197


                      ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

                                   ACCOUNT HISTORY

           THIS IS A STATEMENT OF ACTUAL ACTIVITY IN YOUR ESCROW ACCOUNT FROM
           04/01/18 THROUGH 03/31/19.
              YOUR    MONTHLY    MORTGAGE PAYMENT FOR THE PAST YEAR WAS
                     1,185.33 OF WHICH       752.97 WAS FOR PRINCIPAL AND INTEREST
              AND         432.36 WENT INTO YOUR ESCROW ACCOUNT.

            PROJ      ACTUAL    PROJ                        ACTUAL     PROJ       ACTUAL
            ESCROW    ESCROW    ESCROW                      ESCROW     ESCROW     ESCROW
      MO    DEPOSIT   DEPOSIT   PAYMENTS DESCRIPTION        PAYMENTS   BALANCE    BALANCE
      STARTING BALANCE ...........................................    1242.59    1126.19
      APR   422.66    432.36 *                                                    1665.25    1558.55
      MAY   422.66    432.36 *                                                    2087.91    1990.91
      JUN   422.66    432.36 *                                                    2510.57    2423.27
      JUL   422.66    432.36 *                                                    2933.23    2855.63
      AUG   422.66    432.36 *   1999.95 CITY TAX           2012.16*   1355.94    1275.83
      SEP   422.66    432.36 *                                         1778.60    1708.19
      OCT   422.66    432.36 *                                         2201.26    2140.55
      NOV   422.66    432.36 *           HAZARD INS         1043.00*   2623.92    1529.91
      DEC   422.66    432.36 *   1338.64 CITY TAX           1547.72*   1707.94     414.55
      DEC                         987.00 HAZARD INS             *       720.94     414.55
      DEC                                RHS                 718.23*    720.94     303.68-
      JAN   422.66    432.36 *                                         1143.60     128.68
      FEB   422.66    432.36 *Y   746.28 RHS                    *Y     819.98      561.04
      MAR   422.66    432.36 *Y                                  Y    1242.64      993.40
```

```
      PAYMENTS        PAYMENTS                          CURRENT BAL    REQUIRED BAL
MO    TO              FROM        DESCRIPTION           PROJECTION     PROJECTION
JAN   445.77          746.28      RHS                      101.94         767.16
FEB   445.77                                                547.71       1,212.93
MAR   445.77                                                993.48       1,658.70
```

THE EXPECTED AMOUNT IN YOUR ESCROW ACCOUNT IS         993.40 . YOUR
STARTING BALANCE ACCORDING TO THIS ANALYSIS SHOULD BE       1,658.62 .

THIS MEANS YOU HAVE A SHORTAGE OF       665.22.   THIS SHORTAGE MAY
BE COLLECTED FROM YOU OVER A PERIOD OF 12 MONTHS OR MORE UNLESS THE
SHORTAGE IS LESS THAN 1 MONTHS DEPOSIT, IN WHICH CASE WE HAVE THE
OPTION OF REQUESTING PAYMENT WITHIN 30 DAYS. WE HAVE DECIDED TO
COLLECT IT OVER 12 MONTHS.

YOUR   MONTHLY    MORTGAGE PAYMENT FOR THE COMING YEAR WILL BE
       1,254.18 OF WHICH        752.97 WILL BE FOR PRINCIPAL AND
INTEREST AND       445.77 WILL GO INTO YOUR ESCROW ACCOUNT.

```
NEW PAYMENT INFORMATION
    PRINCIPAL AND INTEREST              752.97
    ESCROW PAYMENT                      445.77
    OVER/SHORT SPREAD                    55.44
                                      ---------------
NEW PAYMENT EFFECTIVE 04/01/19        1,254.18
```

KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.